FILED
CLERK, U.S. DISTRICT COURT
6/30/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___TV___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2020 Grand Jury

| UNITED STATES OF AMERICA, | CR 2:23-cr-00325-RGK |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. §§ 922(g)(1), (g)(8): Felon and Prohibited Person in Possession of Ammunition; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c): Criminal Forfeiture] |
| WALTER COLEMAN, | |
| Defendant. | |

The Grand Jury charges:

[18 U.S.C. §§ 922(g)(1), (g)(8)]

On or about May 5, 2023, in Ventura County, within the Central District of California, defendant WALTER COLEMAN knowingly possessed the following ammunition, contained in a 9mm handgun that lacked legitimate manufacturer's markings and a serial number (commonly referred to as a "ghost gun"), in and affecting interstate and foreign commerce:

- approximately four rounds of Speer 9mm ammunition;
- approximately two rounds of Freedom Munitions 9mm ammunition;

- approximately one round of Federal Cartridge Company 9mm ammunition; and
- approximately one round of Hornady 9mm ammunition.

Defendant COLEMAN possessed such ammunition knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

(1) Short-Barreled Shotgun or Rifle Activity, in violation of California Penal Code Section 12020(a), in the Superior Court of the State of California, County of Ventura, Case Number CR21127-AS, on or about April 12, 1993;

(2) Inflicting Corporal Injury to a Spouse, Cohabitant, or Child's Parent, in violation of California Penal Code Section 273.5(a), in the Superior Court of the State of California, County of Ventura, Case Number 2004044252, on or about December 22, 2004;

(3) Carrying a Concealed Dirk or Dagger, in violation of California Penal Code Section 21310, in the Superior Court of the State of California, County of Ventura, Case Number 2013014320, on or about March 6, 2014; and

(4) Inflicting Corporal Injury to a Spouse, Cohabitant, or Child's Parent, in violation of California Penal Code Section 273.5(a), in the Superior Court of the State of California, County of Ventura, Case Number 2017016748, on or about September 13, 2017.

Additionally, defendant COLEMAN possessed such ammunition knowing that he was subject to a court order issued on September 13, 2017, in the Superior Court of the State of California, County of Ventura, Case Number 2017016748, which was issued after a hearing of which he received actual notice and at which he had an opportunity to participate, restraining him from harassing, stalking, or threatening

an intimate partner, and that by its terms explicitly prohibited the use, attempted use, or threatened use of physical force against such intimate partner that would reasonably be expected to cause bodily injury.

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1.  Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offense set forth in this Indictment.

2.  The defendant, if so convicted, shall forfeit to the United States of America the following:

(a)  All right, title, and interest in any firearm or ammunition involved in or used in such offense; and

(b)  To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3.  Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

//
//
//

4

substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

/S/
Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

IAN V. YANNIELLO
Assistant United States Attorney
Deputy Chief, General Crimes Section

DECLAN T. CONROY
Assistant United States Attorney
General Crimes Section